DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITY OF PEMBROKE PINES,**
Appellant,

v.

**KENNETH FRITZ,**
Appellee.

No. 4D20-1993

[September 30, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE11-003579.

Michael T. Burke and Selena A. Gibson of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellant.

Karen Coolman Amlong of The Amlong Firm, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***